# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 28, 2014

Mr. Steven Deskins
Turney Center Industrial Complex
1499 R.W. Moore Memorial Highway
Only, TN 37140

Mr. Andrew H. Smith
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

      Re: Case No. 14-5698, *In re: Steven Deskins*
        Originating Case No. : 3:14-mc-00748

Dear Mr. Deskins and Counsel:

 The Court issued the enclosed Order today in this case.

         Sincerely yours,

         s/Robin L. Johnson
         Case Manager
         Direct Dial No. 513-564-7039

cc: Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 14-5698

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

In re: STEVEN DESKINS

      Movant

Movant has moved for permission to file a second or successive application for habeas relief in the district court under the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2244. The clerk's office notified the movant on June 12, 2014, that the application was defective, insofar as the requirements of Sixth Circuit Rule 22 were not satisfied. The notice gave the movant a 30 day extension to cure the default(s).

That extension has now expired and the movant has not cured the default(s) identified in the notice. It is, therefore, ORDERED that this action is dismissed for want of prosecution. Even if the default is subsequently cured, the application will not be restored to the court's active docket.

                                            **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
                                            Deborah S. Hunt, Clerk

Issued: July 28, 2014